UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, and JILL WOODWORTH,<br><br>        Defendants. | Case No.  1:21-cv-09582-ALC<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF LE TANG FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| ANASTASIA DEULINA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, and JILL WOODWORTH,<br><br>        Defendants. | Case No.  1:21-cv-10266-ALC |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Le Tang ("Tang"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Tang's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Tang's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting Tang's financial interest in the Related Actions; |
| Exhibit B: | Press release published over *PR Newswire* on November 18, 2021, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certification executed by Tang; |
| Exhibit D: | Declaration executed by Tang; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 18, 2022.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1