# EXHIBIT A

**Peloton Interactive, Inc. (PTON)**
**Class Period: December 9, 2020 to November 4, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Account | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 71-Day* Mean Price $41.5243 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Le Tang | Account 1 | 2/16/2021 | 495 | $145.9300 | ($72,235) | | | | | | | |
| Le Tang | Account 1 | 2/16/2021 | 4 | $145.9900 | ($584) | | | | | | | |
| Le Tang | Account 1 | 2/16/2021 | 1 | $145.9200 | ($146) | | | | | | | |
| Le Tang | Account 1 | 2/17/2021 | 500 | $141.3556 | ($70,678) | | | | | | | |
| Le Tang | Account 1 | 4/15/2021 | 300 | $119.2649 | ($35,779) | | | | | | | |
| Le Tang | Account 1 | 4/19/2021 | 800 | $107.7600 | ($86,208) | | | | | | | |
| Le Tang | Account 1 | 5/5/2021 | 1,000 | $83.5400 | ($83,540) | | | | | | | |
| Le Tang | Account 1 | 6/30/2021 | 1,500 | $124.2826 | ($186,424) | | | | | | | |
| Le Tang | Account 1 | 9/9/2021 | 500 | $105.7843 | ($52,892) | | | | | | | |
| Le Tang | Account 1 | 9/22/2021 | 83 | $94.8496 | ($7,873) | | | | | | | |
| Le Tang | Account 1 | 9/22/2021 | 478 | $94.7900 | ($45,310) | | | | | | | |
| Le Tang | Account 1 | 9/22/2021 | 150 | $94.7800 | ($14,217) | | | | | | | |
| Le Tang | Account 1 | 9/22/2021 | 1,000 | $94.7740 | ($94,774) | | | | | | | |
| Le Tang | Account 1 | 9/22/2021 | 289 | $94.7600 | ($27,386) | | | | | | | |
| **Le Tang** | **Account 1** | | **7,100** | | **($778,045)** | | | | | **7,100** | **$294,822** | **($483,223)** |
| | | | | | | | | | | | | |
| Le Tang | Account 2 | 2/17/2021 | 1,000 | $141.3221 | ($141,322) | | | | | | | |
| Le Tang | Account 2 | 7/12/2021 | 3,000 | $120.5969 | ($361,791) | | | | | | | |
| Le Tang | Account 2 | 9/22/2021 | 1,500 | $95.1473 | ($142,721) | | | | | | | |
| **Le Tang** | **Account 2** | | **5,500** | | **($645,834)** | | | | | **5,500** | **$228,384** | **($417,450)** |
| | | | | | | | | | | | | |
| **Total** | | | **12,600** | | **($1,423,879)** | | | | | **12,600** | | **($900,673)** |

*Average Closing Prices from November 5, 2021 to January 14, 2022