# EXHIBIT A

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

NEW MEXICO STATE INVESTMENT COUNCIL ("NMSIC") declares:

1. I, Brian McMath, am an Assistant Attorney General, Office of the Attorney General of the State of New Mexico. Having made the determination that this action is in the interest of the State of New Mexico, the Attorney General is statutorily authorized to represent the NMSIC in this litigation.

2. I have reviewed a complaint and authorized the filing of a motion for appointment as lead plaintiff on NMSIC's behalf.

3. NMSIC did not acquire the security that is the subject of this action at the direction of counsel or to participate in this action or any other litigation under the federal securities laws.

4. NMSIC is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. NMSIC has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

6. NMSIC has sought to serve as a representative party in a class action arising under the Securities Exchange Act of 1934 that was filed during the 3-year period preceding the date on which this certification is signed in:

- *United Food and Commercial Workers International Union Local 464A et al. v. Pilgrim's Pride Corporation*, 1:20-cv-01966 (D. Colo.)

7. NMSIC will not accept any payment for serving as a representative party on behalf of the class beyond NMSIC's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of January, 2022.

NEW MEXICO STATE INVESTMENT COUNCIL

By: *Brian C. McMath*
Brian McMath, Assistant Attorney General
Office of the Attorney General for the State of New Mexico

Peloton

## SCHEDULE A
TRANSACTIONS IN
<u>PELOTON INTERACTIVE, INC.</u>

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 12/18/2020 | 19,561.00 | 139.84 | ($2,735,410.24) |
| Purchase | 06/25/2021 | 912.00 | 121.48 | ($110,792.77) |