# EXHIBIT C

Financial Interest Analysis for New Mexico State Investment Council [1]
Class Period: December 9, 2020 - November 4, 2021

**FIFO/LIFO - Peloton Interactive, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/9/2020 | 12,287.00 | | |
| Purchase | 12/18/2020 | 19,561.00 | $139.8400 | ($2,735,410.24) |
| Purchase | 6/25/2021 | 912.00 | $121.4833 | ($110,792.77) |
| Total Class Period Purchases | | 20,473.00 | | ($2,846,203.01) |
| Total Class Period Sales Matching to Class Period Purchases | | 0.00 | | $0.00 |
| Retained Shares [2] | | 20,473.00 | $41.2984 | $845,502.15 |
| | | | **FIFO/LIFO Gain/(Loss):** | ($2,000,700.86) |

Dura [3] **FIFO/LIFO - Peloton Interactive, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/9/2020 | 12,287.00 | | |
| Purchase | 12/18/2020 | 19,561.00 | $139.8400 | ($2,735,410.24) |
| Purchase | 6/25/2021 | 912.00 | $121.4833 | ($110,792.77) |
| Class Period Purchases Retained Through the Disclosures | | 20,473.00 | | ($2,846,203.01) |
| Retained Shares [2] | | 20,473.00 | $41.2984 | $845,502.15 |
| | | | **Dura FIFO/LIFO Gain/(Loss):** | ($2,000,700.86) |

[1] NMSIC sold 1,892 shares of Peloton stock after the Class Period on December 17, 2021 for $42.45 per share. This sale does not affect NMSIC's losses as the sale matches to the NMSIC's pre-Class Period position on a FIFO basis and to a purchase made after the Class Period of 16,500 shares of Peloton stock on December 2, 2021 for $45.08 per share on a LIFO basis.

[2] Shares retained at the end of the Class Period are valued at the average price from November 5, 2021 to January 18, 2022.

[3] Dura loss is the summation of the cost of Class Period purchases held through the Disclosures, proceeds of sales matched to purchases held through the Disclosures (if any), and the value of retained shares based on the 90-day look back average (if any). The pled disclosures during the Class Period occurred on 8/26/2021, 8/27/2021 and 11/4/2021 (the "Disclosures").