UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, and JILL WOODWORTH,<br><br>Defendants. | 21-CV-09582 (ALC) (OTW)<br><br>CLASS ACTION |
| ANASTASIA DEULINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, and JILL WOODWORTH,<br><br>Defendants. | 21-CV-10266 (ALC) (OTW)<br><br>CLASS ACTION |

**ORDER GRANTING THE MOTION OF ROBECO CAPITAL GROWTH FUNDS SICAV – ROBECO GLOBAL CONSUMER TRENDS FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS <u>LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL</u>**

Having considered (a) the motion of Robeco Capital Growth Funds SICAV – Robeco Global Consumer Trends ("Robeco") for (i) consolidation of the two above-captioned cases, (ii) appointment as Lead Plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and (iii) approval of Robeco's selection of Grant &

Eisenhofer P.A. as Lead Counsel for the Class (the "Motion"); (b) the memorandum of law in support of the Motion; and (c) the Declaration of Daniel L. Berger and attached exhibits in support of the Motion, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. The two above-captioned actions are hereby CONSOLIDATED;

3. Robeco Capital Growth Funds SICAV – Robeco Global Consumer Trends is hereby APPOINTED as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act;

4. The law firm of Grant & Eisenhofer P.A. is hereby APPOINTED as Lead Counsel for the Class; and

5. This Order shall also apply to any subsequently filed or transferred securities fraud actions against Peloton Interactive, Inc. that are consolidated with this Action.

6. The Clerk of Court is respectfully directed to close ECF Nos. 7, 11, 14, 17, 20, 25, 29 & 33.

IT IS SO ORDERED.

Dated: May 5, 2022

_____
HON. ONA T. WANG
UNITED STATES MAGISTRATE JUDGE