USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ____7/1/22____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, and JILL WOODWORTH,

Defendants.

21-CV-09582 (ALC) (OTW)

CLASS ACTION

---

ANASTASIA DEULINA, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, and JILL WOODWORTH,

Defendants.

21-CV-09582 (ALC) (OTW)

CLASS ACTION

**JOINT STIPULATION AND ORDER**

---

Lead Plaintiff Robeco Capital Growth Funds SICAV – Robeco Global Consumer Trends ("Lead Plaintiff") and Defendants Peloton Interactive, Inc., John Foley, William Lynch, and Jill Woodworth (collectively, "Defendants" and with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on November 18, 2021, City of Hialeah Employees' Retirement System filed a class action complaint alleging claims under the Securities Exchange Act of 1934 (the "Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, against Defendants (the "*Hialeah* Complaint") (Dkt. No. 1);

WHEREAS, on December 2, 2021, Anastasia Deulina filed a related class action complaint containing similar allegations as the *Hialeah* Complaint (the "*Deulina* Complaint") (Case No. 21-CV-09582 (ALC), Dkt. No. 1);

WHEREAS, on January 18, 2022, Lead Plaintiff moved the Court for an order (i) consolidating the *Hialeah* Complaint and *Deulina* Complaint; (ii) appointing Robeco Capital Growth Funds SICAV – Robeco Global Consumer Trends as Lead Plaintiff in the resulting consolidated class action; and (iii) approving Lead Plaintiff's selection of counsel as Lead Counsel for the putative class ("the Motion") (Dkt. No. 14);

WHEREAS, on May 5, 2022, the Court issued an order granting the Motion (Dkt. No. 42);

WHEREAS, the Parties conferred on a proposed briefing schedule for the matter and determined, among other things, that Lead Plaintiff would identify an operative complaint or file a consolidated amended complaint by June 24, 2022;

WHEREAS, the Parties' Joint Stipulation was "So Ordered" by the Court on May 18, 2022 (Dkt. No. 46):

WHEREAS, as a result of a technical issue on their end, Lead Plaintiff's counsel filed the Consolidated Amended Complaint at 12:08 a.m., on June 25, 2022.

**NOW, THEREFORE,** the Parties, through their undersigned counsel and subject to the Court's approval, stipulate and agree to the following:

1. Lead Plaintiff filed a consolidated amended complaint on June 25, 2022, to which Defendants consent ex post facto on this date;

2. Defendants shall move, answer, or otherwise respond to the operative complaint by August 22, 2022;

3. The remainder of the schedule previously agreed to and approved (Dkt. No. 46) shall remain in place as follows:

     a. If Defendants move to dismiss the operative complaint, Lead Plaintiff shall file any opposition by October 3, 2022;

     b. Defendants shall file a reply to any opposition filed by Lead Plaintiff by November 3, 2022; and

     c. Defendants shall not be required to file a pre-motion conference letter pursuant to Rule 2.A of the Court's Individual Practices prior to filing any motion to dismiss contemplated by this stipulation.

Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that any of the Parties may have with respect to the claims set forth in any complaints already filed or yet to be filed in this action.

IT IS SO STIPULATED AND AGREED ON THIS 27th day of June, 2022.

/s/ Daniel L. Berger

Daniel L. Berger
Karin Fisch
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
kfisch@gelaw.com
dberger@gelaw.com
Telephone: (646) 722-8500

*Counsel for Robeco Capital Growth*
*Funds SICAV-Robeco Global Consumer*
*Trends*

/s/ Andrew B. Clubok

Andrew B. Clubok
LATHAM & WATKINS, LLP
1271 Avenue of the Americas
New York, New York 10020
andrew.clubok@lw.com
Telephone: (212) 906-1200

Nicholas J. Siciliano (*pro hac vice*)
LATHAM & WATKINS, LLP
330 North Wabash Ave., Suite 2800
Chicago, Illinois 60618
nicholas.siciliano@lw.com
Telephone: (312) 876-7700

Whitney B. Weber (*pro hac vice*)
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
whitney.weber@lw.com
Telephone: (415) 391-0600

*Attorneys for Defendants Peloton Interactive,*
*Inc., John Foley, William Lynch, and Jill*
*Woodworth*

IT IS SO ORDERED:

_____
The Honorable Andrew L. Carter
United States District Judge

Dated: _____7/1/22_____