**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBECO CAPITAL GROWTH FUNDS SICAV – ROBECO GLOBAL CONSUMER TRENDS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>                    -v-<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, JILL WOODWORTH, THOMAS CORTESE, MARIANA GARAVAGLIA, and HISAO KUSHI,<br><br>                              Defendants. | 21-CV-09582 (ALC) (OTW)<br><br>The Honorable Andrew L. Carter<br><br>The Honorable Ona T. Wang<br><br>CLASS ACTION |

**REPLY IN SUPPORT OF REQUEST FOR CONSIDERATION UNDER THE INCORPORATION-BY-REFERENCE DOCTRINE OR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW**

Defendants Peloton Interactive, Inc., John Foley, William Lynch, Jill Woodworth, Thomas Cortese, Mariana Garavaglia, and Hisao Kushi ("Defendants") respectfully submit this reply in support of their unopposed request that the Court consider Exhibits 1 through 22, ECF No. 67 ("Request for Consideration"), which are attached to the Declaration of Susan E. Engel filed with Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint for Violations of the Federal Securities Law ("Motion").

Plaintiff neither opposed the Request for Consideration nor contested the authenticity of the exhibits referenced therein. It thus concedes that the Court should consider Exhibits 1 through 22 (ECF Nos. 68-1—68-22) in adjudicating Defendants' Motion. *See Sharette v. Credit Suisse Int'l*, 127 F. Supp. 3d 60, 75 (S.D.N.Y. 2015) (granting request for judicial notice on a motion to

1

dismiss where plaintiffs neither objected to the court taking judicial notice nor contested the

documents' authenticity); *see also Ponterio v. Kaye*, 2007 WL 141053, *1 n.2 (S.D.N.Y. Jan. 22,

2007) (granting unopposed request for judicial notice on a motion to dismiss)


Dated:   November 3, 2022
         New York, New York

By: /s/ Andrew B. Clubok
    Andrew B. Clubok
    Susan E. Engel
    LATHAM & WATKINS, LLP
    1271 Avenue of the Americas
    New York, New York 10020
    andrew.clubok@lw.com
    susan.engel@lw.com
    Telephone: (212) 906-1200

    Michele D. Johnson (*pro hac vice*
    motion pending)
    LATHAM & WATKINS LLP
    650 Town Center Drive
    20th Floor
    Costa Mesa, CA 92626
    michele.johnson@lw.com
    Telephone: (714) 540-1235

    Nicholas J. Siciliano (*pro hac vice*
    motion pending)
    LATHAM & WATKINS, LLP
    330 North Wabash Ave., Suite 2800
    Chicago, Illinois 60618
    nicholas.siciliano@lw.com
    Telephone: (312) 876-7700

    Whitney B. Weber (*pro hac vice* motion
    pending)
    LATHAM & WATKINS, LLP
    505 Montgomery Street, Suite 2000
    San Francisco, California  94111
    whitney.weber@lw.com
    Telephone: (415) 391-0600

    *Attorneys for Defendants Peloton
    Interactive, Inc., John Foley, William
    Lynch, Jill Woodworth, Thomas Cortese,
    Mariana Garavaglia, and Hisao Kushi*