## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBECO CAPITAL GROWTH FUNDS SICAV – ROBECO GLOBAL CONSUMER TRENDS and CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  -v-<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, JILL WOODWORTH, THOMAS CORTESE, MARIANA GARAVAGLIA, and HISAO KUSHI,<br><br>     Defendants. | 21-CV-09582 (ALC) (OTW)<br><br>The Honorable Andrew L. Carter<br><br>The Honorable Ona T. Wang<br><br>CLASS ACTION |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
THE SECOND AMENDED COMPLAINT**

Plaintiffs do not oppose Defendants' Request for Judicial Notice ("Defendants' Request") (ECF 95) of the documents incorporated into the SAC.  The Court "may take judicial notice of the full contents of the SEC's filings relating to this enforcement action because plaintiffs rely upon portions of them in their pleadings."  *In re Morgan Stanley Info. Fund Sec. Litig.*, 592 F.3d 347, 354-55 n.5 (2d Cir. 2010).

However, the exhibits attached to Defendants' Request should not be considered "'for the truth of the matters asserted therein, but "'to establish that the matters [had] been publicly asserted.'"  *Staehr v. Hartford Fin. Servs. Grp., Inc.*, 547 F.3d 406, 424 (2d Cir. 2008) (internal quotation omitted).  The exhibits proffered by Defendants cannot be offered for evidence of what was meant by Defendants' statements, or for the fact that the language was "forward looking" or "cautionary".  *See, e.g.*, ECF 95 at 6.  In other words, the exhibits should be considered for only "'the *fact* that press coverage ... or regulatory filings contained certain information, without regard to the truth of their contents.'" *Garber v. Legg Mason, Inc.*, 347 F. App'x 665, 669 (2d Cir. 2009) quoting *Staehr*, 547 F.3d at 425-426.  To the extent that Defendants argue that the Court can consider these documents in support of the proposition that the referenced statements were either forward looking or cautionary, that argument should be rejected.

DATED:  July 21, 2023

/s/   Daniel L. Berger
Daniel L. Berger
Karin E. Fisch
Cecilia E. Stein
Mica A. Cocco
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
dberger@gelaw.com
kfisch@gelaw.com

1

cstein@gelaw.com
mcocco@gelaw.com

*Counsel for Lead Plaintiff Robeco
Capital Growth Funds SICAV –
Robeco Global Consumer Trends*

Hannah Ross
Avi Josefson
Jonathan D. Uslaner
Caitlin C. Bozman
**BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: hannah@blbglaw.com
Email: avi@blbglaw.com
Email: jonathanU@blbglaw.com
Email: caitlin.bozman@blbglaw.com

*Counsel for Additional Plaintiff City
of Hialeah Employees' Retirement
System*

2