**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBECO CAPITAL GROWTH FUNDS SICAV – ROBECO GLOBAL CONSUMER TRENDS and CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>      -v-<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, JILL WOODWORTH, THOMAS CORTESE, MARIANA GARAVAGLIA, and HISAO KUSHI,<br><br>                Defendants. | 21-CV-09582 (ALC) (OTW)<br><br>The Honorable Andrew L. Carter, Jr.<br><br>The Honorable Ona T. Wang<br><br><u>CLASS ACTION</u> |

**<u>DEFENDANTS' REPLY IN SUPPORT OF REQUEST FOR CONSIDERATION UNDER THE INCORPORATION BY REFERENCE DOCTRINE OR JUDICIAL NOTICE</u>**

Defendants respectfully submit this reply in support of their unopposed request that the Court consider Exhibits 1 through 21, ECF No. 96 ("RJN"), attached to the Declaration of Whitney B. Weber filed with Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Law ("Motion").[1]

Plaintiffs agree that Exhibits 1 through 21 are incorporated into their SAC, and that the Court may consider the full content of those documents. ECF No. 99 ("RJN Resp.") at 1. Plaintiffs nonetheless argue that the Court should not consider the documents in determining whether any of the Challenged Statements were either "forward looking" or "cautionary." *Id*. Plaintiffs offer no authority supporting this assertion. That is unsurprising, since the PSLRA *requires* the Court to consider whether the Challenged Statements are protected, forward-looking statements under the safe harbor: "On any motion to dismiss based upon subsection (c)(1) [safe harbor for forward-looking statements], the court *shall* consider any statement cited in the complaint and any cautionary statement accompanying the forward-looking statement, which are not subject to material dispute, cited by the defendant." 15 U.S.C. § 78u-5(e) (emphasis added).

The two cases Plaintiffs do cite—neither of which involves the PSLRA safe harbor— confirm the Court should consider the full contents of the Exhibits. *See* RJN Resp. at 1 (citing *Garber v. Legg Mason, Inc.*, 347 F. App'x 665, 669 (2d Cir. 2009); *Staehr v. Hartford Fin. Servs. Grp., Inc.*, 547 F.3d 406, 426-27 (2d Cir. 2008)). In both, the courts took judicial notice of materials showing that information plaintiffs claimed was undisclosed in fact "was publicly available." *Garber*, 347 F. App'x at 669 (dismissing complaint and noting "we are not bound to accept conclusory allegations or legal conclusions masquerading as factual conclusions"); *Staehr*, 547 F.3d at 426 (taking "judicial notice of what information was 'out there'"). Defendants

---

[1] Terms not otherwise defined have the same meaning and definition as in the Motion.

1

respectfully request that the Court consider the "entirety of the public disclosures, incorporated into the [SAC]" in ruling on Defendants' Motion—including the forward-looking statements in those documents and the meaningful cautionary language that accompanied those statements. *See* ECF No. 88 (Order) at 2 n.1, 16, 23 (courts must consider "whether the defendants' representations, taken together and *in context*, would have misled a reasonable investor"); *see also Gray v. Wesco Aircraft Holdings, Inc.*, 454 F. Supp. 3d 366, 382-84 (S.D.N.Y. 2020), *aff'd*, 847 F. App'x 35 (2d Cir. 2021) ("If a document relied on in the complaint contradicts allegations in the complaint, the document, not the allegations, control, and the court need not accept the allegations in the complaint as true.").

Dated:  August 18, 2023
       New York, New York

By: /s/ Andrew B. Clubok

Andrew B. Clubok
Susan E. Engel
LATHAM & WATKINS, LLP
1271 Avenue of the Americas
New York, New York 10020
andrew.clubok@lw.com
susan.engel@lw.com
Telephone: (212) 906-1200

Michele D. Johnson (*pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
michele.johnson@lw.com
Telephone: (714) 540-1235

Nicholas J. Siciliano (*pro hac vice*)
LATHAM & WATKINS, LLP
330 North Wabash Ave., Suite 2800
Chicago, Illinois 60618
nicholas.siciliano@lw.com
Telephone: (312) 876-7700

Whitney B. Weber (*pro hac vice*)
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111
whitney.weber@lw.com
Telephone: (415) 391-0600

*Attorneys for Defendants Peloton
Interactive, Inc., John Foley, William
Lynch, Jill Woodworth, Thomas Cortese,
Mariana Garavaglia, and Hisao Kushi*

3