**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBECO CAPITAL GROWTH FUNDS SICAV – ROBECO GLOBAL CONSUMER TRENDS and CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM individually and on behalf of all others similarly situated, <br><br>              Plaintiff, <br><br>     -v- <br><br> PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, JILL WOODWORTH, THOMAS CORTESE, MARIANA GARAVAGLIA, and HISAO KUSHI, <br><br>              Defendants. | 21-CV-09582 (ALC) (OTW) <br><br> The Honorable Andrew L. Carter <br><br> The Honorable Ona T. Wang <br><br> <u>CLASS ACTION</u> |

**<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

For the Court's consideration in connection with Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss (ECF No. 98), Plaintiffs respectfully provide notice of Judge Subramanian's recent decision in *San Antonio Fire & Police Pension Fund v. Dentsply Sirona Inc.*, No. 22-CV-6339 (AS), 2024 WL 1898512 (S.D.N.Y. May 1, 2024) (attached hereto as Exhibit A).

In *Dentsply*, the corporate defendant experienced decreased demand for its products and supply chain issues due to the pandemic, which it failed to adequately disclose. *Dentsply*, 2024 WL 1898512, at \*1. In denying the defendants' motion to dismiss, Judge Subramanian found actionable under Section 10(b) and Rule 10b-5 statements concerning (1) the adequacy of supply, (2) the ability to produce and deliver product to customers, (3) the strength and sustainability of the company's earnings in general, (4) demand for Dentsply's products, and (5) inventory levels. For example, when asked about end user demand and inventory levels, Dentsply told investors that, "[w]e feel very good that we have adequate supply," and stated that demand for its products remained strong. *Id.* at \*5. The court sustained these statements and others as sufficiently "definite and verifiable." *Id*. These statements are similar to the statements identifed as false and misleading in Plaintiffs' Complaint. *See, e.g*, Compl. ¶¶ 154-55, 168, 185-87, 214.

The court also found that the facts alleged supported an inference of defendants' scienter. These facts included: (1) executives' attendance at meetings where demand, inventory, and supply chain challenges were discussed; (2) defendants' actual knowledge of demand, supply chain and inventory challenges; (3) the importance of the products at issue to Dentsply's business, and (4) the timing of executive departures. *Id.* at \*7-11. Plaintiffs have alleged similar and additional facts regarding Defendants' scienter. *See, e.g.,* Compl. ¶¶ 131-32,137, 144-52, 189.

DATED:  May 3, 2024

/s/   Daniel L. Berger
Daniel L. Berger
Karin E. Fisch
Cecilia E. Stein
Mica A. Cocco
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
dberger@gelaw.com
kfisch@gelaw.com
cstein@gelaw.com
mcocco@gelaw.com

*Counsel for Lead Plaintiff Robeco*
*Capital Growth Funds SICAV –*
*Robeco Global Consumer Trends*

Hannah Ross
Avi Josefson
Jonathan D. Uslaner
Caitlin C. Bozman
**BERNSTEIN LITOWITZ**
**BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: hannah@blbglaw.com
Email: avi@blbglaw.com
Email: jonathanU@blbglaw.com
Email: caitlin.bozman@blbglaw.com

*Counsel for Additional Plaintiff City*
*of Hialeah Employees' Retirement*
*System*

2