**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBECO CAPITAL GROWTH FUNDS SICAV – ROBECO GLOBAL CONSUMER TRENDS and CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  -v-<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, JILL WOODWORTH, THOMAS CORTESE, MARIANA GARAVAGLIA, and HISAO KUSHI,<br><br>     Defendants. | 21-CV-09582 (ALC) (OTW)<br><br>The Honorable Andrew L. Carter<br><br>The Honorable Ona T. Wang<br><br>CLASS ACTION |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

For the Court's consideration in connection with Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss (ECF No. 98), Plaintiffs respectfully provide notice of the Second Circuit's Order issued this week in *Leadersel Innotech ESG v. Teladoc Health, Inc., et al.*, No. 23-1112, 2024 WL 4274362 (2d Cir. Sept. 24, 2024) (summary order) (attached hereto as Exhibit A), vacating in part and remanding in part a decision to grant a motion to dismiss for failure to adequately allege falsity. In *Teladoc*, the Second Circuit held that defendants' statements of then-current fact were contradicted by accounts of former employees who had worked in an array of different job positions during the class period, which was sufficient to show falsity as to those statements. *Id.* at *4. For instance, the Second Circuit held that the CEO's statement in February 2021 that the company's commercial organization had been "fully integrated" was contradicted by the following observations: (i) an employee who was responsible for integrating the two companies' sales forces reported that sales teams were not fully integrated when she left in June 2021; (ii) a former sales vice president recounted that there were "no synergies and very little overlap between the sales teams before she left in fall 2021;" and (iii) a former growth acquisition manager who departed in fall of 2021 reported that many business segments at Teladoc were still "siloed" from Livongo during her employment. *Id.* at *4-5.

Plaintiffs here have also alleged, among other things, accounts from numerous former employees that demonstrate the falsity of Defendants' statements of then-existing fact. *See, e.g.*, Compl. ¶¶ 158 (listing the statements of 15 former Peloton employees who worked across several company verticals ranging from sales to supply chain during the relevant time period and had reported seeing a decline in demand for Peloton's bikes by February 2021, which directly contradicted Defendants' statements made during the February 2021 earnings call, as alleged in ¶¶ 154-56).

DATED:  September 26, 2024

Respectfully submitted,


*/s/   Daniel L. Berger*
Daniel L. Berger
Karin E. Fisch
Cecilia E. Stein
Mica A. Cocco
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
dberger@gelaw.com
kfisch@gelaw.com
cstein@gelaw.com
mcocco@gelaw.com

*Counsel for Lead Plaintiff Robeco
Capital Growth Funds SICAV –
Robeco Global Consumer Trends*

Hannah Ross
Avi Josefson
Jonathan D. Uslaner
Caitlin C. Bozman
**BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: hannah@blbglaw.com
Email: avi@blbglaw.com
Email: jonathanU@blbglaw.com
Email: caitlin.bozman@blbglaw.com

*Counsel for Additional Plaintiff City
of Hialeah Employees' Retirement
System*

2