UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

CITY OF HIALEAH EMPLOYEES
RETIREMENT SYSTEM, *individually and
on behalf of all others similarly situated*, et al.,

                Plaintiffs,

-against-

PELOTON INTERACTIVE, INC., et al.,

                Defendants.

------------------------------------------------------------- x

1:21-cv-09582 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by September 8, 2025 on how the parties propose to proceed in light of the Second Circuit's recent decision.

**SO ORDERED.**

Dated:    August 29, 2025
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**