## Appendix A

### *Robeco Capital Growth Funds SICAV – Robeco Global Consumer Trends et al. v. Peloton, et al.*
### Case No. 21-cv-09582 (ALC) (OTW) (S.D.N.Y.)

### CHALLENGED STATEMENTS IN SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
### FOLLOWING REMAND FROM SECOND CIRCUIT

| Number | Source | Challenged Statement[1] |
|---|---|---|
| 14 | Aug. 26, 2021 4Q21 Earnings Call | Analyst: One for John and one for Jill. John, we know there's seasonality.  But just given the light 1Q guide, is the price -- is the Bike price gotten offensive or defensive?  And how do you think about demand for Bike+ currently?  And then, Jill, hoping you can walk through a little bit more detail around the Tread gross margin structure perhaps relative to Bike or even Tread+ a couple of years ago when it first came out.  Thank you perhaps relative to Bike or even Tread+ a couple of years ago when it first came out.  Thank you.<br><br>Foley: Thank you, Doug. So as Jill said in her opening remarks, we feel like the demand for Bike+ and Bike is robust, and we feel good about the entire year's forecast.  **The price drop with B1 was absolutely offensive** as we think about the competitive landscape and we think about democratizing the access to great fitness, which has, as you know, always been in our playbook.  This is actually the first year since we founded the company that we had the opportunity to do this, and we're super excited that the investments we've made in our supply chain certainly over the last few years, but definitely in the last 12 months, are bearing enough fruit that we have the capacity to make what will become -- what will look like close to 2 million fitness units of hardware this year, which is just incredible considering, when we |

[1] In their Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed May 6, 2023, Dkt. No. 92 ("SAC"), Plaintiffs refer to the statements by the number identified in the Court's March 30, 2023 Order, Dkt. 88, which is replicated here.  Following the Second Circuit's August 27, 2025 Opinion, Dkt. 110 ("2COA Op."), only three statements (the "Challenged Statements") remain in the case: Statement 14 and Statement 20 (which was made twice in two separate SEC filings). Because only these three statements remain on remand, the numbering of the Challenged Statements in this Appendix is not sequential and includes gaps.  Additionally, reserving all rights, Defendants have bolded and underlined the parts of the excerpted statements which the Second Circuit deemed plausibly actionable. 2COA Op. at 17–18.  This Motion addresses other, independent grounds for dismissing these statements.

| Number | Source | Challenged Statement[1] |
|---|---|---|
| | | founded the company, we approached the biggest contract manufacturer we could find, and they said that they were confident that they could make up to 10,000 Bikes a year. That was only eight years ago. So the scale of which we've seen and put in place and invested in across our entire supply chain with Bikes. And now, obviously, it includes Treads. And the lower-priced Tread as well allowed us to consider lowering the price of B1, and we think it's the right thing for our business, obviously, solving for net new sub adds, which was kind of our True North of getting more people into the tent and thinking about the LTV of those users, not just, Doug -- interestingly, not just as a subscriber for the $39 for a new Bike sub, which has always been kind of our True North and the golden goose of our business model, but think about selling those same people, the same households, future Treads, and future products, apparel and all the other stuff that becomes a much broader LTV picture over time. (SAC ¶ 187; Ex. 8 at 8) |
| 20 | **August 26, 2021 Form 10-K; November 4, 2021 Form 10-Q** | *Our operating results could be adversely affected if we are unable to accurately forecast consumer demand for our products and services and adequately manage our inventory.* <br><br> To ensure adequate inventory supply, we must forecast inventory needs and expenses and place orders sufficiently in advance with our suppliers and contract manufacturers, based on our estimates of future demand for particular products and services. Failure to accurately forecast our needs may result in manufacturing delays or increased costs. Our ability to accurately forecast demand could be affected by many factors, including changes in consumer demand for our products and services, changes in demand for the products and services of our competitors, unanticipated changes in general market conditions, and the weakening of economic conditions or consumer confidence in future economic conditions, such as those caused by the COVID-19 pandemic. This risk will be exacerbated by the fact that we may not carry a significant amount of inventory and may not be able to satisfy short-term demand increases. For example, we experienced an unexpected increase in demand for our Connected Fitness Products as a result of government shelter-in-place orders and other stay-at-home dynamics in response to the COVID-19 pandemic, which resulted in inventory shortages, delayed delivery timelines and delays in fulfilling support requests. If we fail to accurately forecast consumer demand, **we may experience excess inventory levels** or a shortage of products available for sale. <br><br> Inventory levels in excess of consumer demand may result in inventory write-downs or write-offs and **the sale of excess inventory at discounted prices**, which would cause our gross margins to suffer and could impair the strength and premium nature of our brand. Further, lower |

| Number | Source | Challenged Statement[1] |
|--------|--------|--------------------------|
| | | than forecasted demand could also result in excess manufacturing capacity or reduced manufacturing efficiencies, which could result in lower margins.  Conversely, if we underestimate consumer demand, our suppliers and manufacturers may not be able to deliver products to meet our requirements or we may be subject to higher costs in order to secure the necessary production capacity.  An inability to meet consumer demand and delays in the delivery of our products to our customers could result in reputational harm and damaged customer relationships and have an adverse effect on our business, financial condition, and operating results.  (SAC ¶ 214; Ex. 2 at 24; Ex. 9 at 48–49) |