**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBECO CAPITAL GROWTH FUNDS SICAV – ROBECO GLOBAL CONSUMER TRENDS and CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, and JILL WOODWORTH,<br><br>*Defendants*. | 21-CV-09582 (ALC) (OTW)<br><br>The Honorable Andrew L. Carter<br>The Honorable Ona T. Wang<br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF STEPHEN L. ASCHER IN SUPPORT OF**
**DEFENDANTS' RENEWED MOTION TO DISMISS**
**SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**
**FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Stephen L. Ascher, declare as follows:

1.     I am a partner with the firm Jenner & Block LLP, counsel for Defendants Peloton Interactive, Inc. ("Peloton"), John Foley, William Lynch, and Jill Woodworth (collectively with Peloton, "Defendants") in this litigation.

2.     I am licensed to practice law in the State of New York and entered an appearance in the above-captioned action.  I have personal knowledge of the facts in this Declaration and, if called upon, could and would testify competently thereto.

3.     I make this declaration in support of Defendants' Renewed Motion to Dismiss Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Motion").

4. Attached hereto as **Exhibit 1** is a true and correct copy of Peloton's Form 10-Q for the period ended March 31, 2020, filed with the Securities and Exchange Commission ("SEC") on May 7, 2020, which is publicly available at www.sec.gov/edgar.

5. Attached hereto as **Exhibit 2** is a true and correct copy of Peloton's Form 10-K for the period ended June 30, 2021, filed with the SEC on August 27, 2021, which is publicly available at www.sec.gov/edgar.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Peloton's Form 8-K filed with the SEC on November 5, 2020, which is publicly available at www.sec.gov/edgar.

7. Attached hereto as **Exhibit 4** is a true and correct copy of Peloton's Form 10-Q for the period ended December 31, 2020, filed with the SEC on February 5, 2021, which is publicly available at www.sec.gov/edgar.

8. Attached hereto as **Exhibit 5** is a true and correct copy of Peloton's Form 10-Q for the period ended March 31, 2021, filed with the SEC on May 7, 2021, which is publicly available at www.sec.gov/edgar.

9. Attached hereto as **Exhibit 6** is a true and correct copy of the transcript of Peloton's earnings call for the second quarter of fiscal 2021 held on February 4, 2021, which is publicly available at https://investor.onepeloton.com/financial-information/quarterly-results.

10. Attached hereto as **Exhibit 7** is a true and correct copy of Peloton's second quarter of fiscal 2021 shareholder letter, which is publicly available at https://investor.onepeloton.com/financial-information/quarterly-results.

11. Attached hereto as **Exhibit 8** is a true and correct copy of the transcript of Peloton's earnings call for the fourth quarter of fiscal 2021 held on August 26, 2021, which is publicly available at https://investor.onepeloton.com/financial-information/quarterly-results.

12.     Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of Peloton's Form 10-Q for the period ended September 30, 2021, filed with the SEC on November 5, 2021, which is publicly available at www.sec.gov/edgar.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of the transcript of Peloton's earnings call for the first quarter of fiscal 2022 held on November 4, 2021, which is publicly available at https://investor.onepeloton.com/financial-information/quarterly-results.

14.     Attached hereto as **Exhibit 11** is a true and correct copy of a CNBC article titled, "Peloton To Halt Production Of Its Bikes, Treadmills As Demand Wanes" dated January 20, 2022, which is publicly available at https://www.cnbc.com/2022/01/20/peloton-to-pause-production-of-its-bikes-treadmills-as-demand-wanes.html.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of a New York Post article titled, "Peloton Slashes 2022 Sales Goals For Apparel Business: Report" dated January 31, 2022, which is publicly available at https://nypost.com/2022/01/31/peloton-slashes-sales-goals-for-apparel-unit-report/.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of the transcript of Peloton's earnings call for the second quarter of fiscal 2022 held on February 8, 2022, which is publicly available at https://investor.onepeloton.com/financial-information/quarterly-results.

17.     Attached hereto as **Exhibit 14** is a true and correct copy of a Peloton press release titled, "Peloton Interactive, Inc. Reports Preliminary Second Quarter Fiscal 2022 Results" dated January 20, 2022, which is publicly available at https://investor.onepeloton.com/news-releases/news-release-details/peloton-interactive-inc-reports-preliminary-second-quarter.

18.     Attached hereto as **Exhibit 15** are true and correct copy of Peloton's third quarter of fiscal 2022 shareholder letter, which is publicly available at https://investor.onepeloton.com/financial-information/quarterly-results.

19.     Attached hereto is **Exhibit 16** are true and correct copy of Peloton Interactive, Inc. Company Conference Presentation, dated May 24, 2022, which is publicly available at https://spglobal.com/marketintelligence.

20.     Attached hereto is **Exhibit 17** are true and correct copy of Peloton Interactive, Inc. Company Conference Presentation, dated September 12, 2022, which is publicly available at https://spglobal.com/marketintelligence.

21.     Attached hereto as **Exhibit 18** are true and correct copies of John Foley's Forms 4, filed with the SEC on February 18, 2021, March 3, 2021, April 19, 2021, May 19, 2021, June 17, 2021, July 19, 2021, August 18, 2021, and September 3, 2021, which are publicly available at www.sec.gov/edgar.

22.     Attached hereto as **Exhibit 19** are true and correct copies of William Lynch's Forms 4, filed with the SEC on February 10, 2021, February 18, 2021, March 3, 2021, April 16, 2021, May 24, 2021, June 16, 2021, July 16, 2021, August 18, 2021, September 3, 2021, and September 16, 2021, which are publicly available at www.sec.gov/edgar.

23.     Attached hereto as **Exhibit 20** are true and correct copies of Jill Woodworth's Forms 4, filed with the SEC on February 18, 2021, March 3, 2021, May 19, 2021, September 3, 2021, and September 16, 2021, which are publicly available at www.sec.gov/edgar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 15, 2025
              New York, New York          /s/ Stephen L. Ascher_____
                                           Stephen L. Ascher