# EXHIBIT 12

Exhibit 1.31 on BRIEL No.2     Document 122-12     Filed 10/18/25     Page 2 of 4

BUSINESS

# Peloton slashes 2022 sales goals for apparel business: report

By Ariel Zilber
Published Jan. 31, 2022, 4:50 p.m. ET


Peloton has slashed its sales projections for its apparel division, according to a report.
Getty Images

## EXPLORE MORE

  

| | | |
|---|---|---|
| Peloton star to run first World Major marathon at 88, shares podium meal | Spin and save with $300 off the Original Peloton Bike this week on Amazon | I was paralyzed and thought I couldn't walk again — now I'm running my first half marathon |

Peloton has cut its 2022 sales projections for its apparel unit amid an overall sign of plummeting demand that has socked the company's bottom line.

Internal documents cited by CNBC show that the company expects apparel revenue from its apparel division to approach $150 million — a sharp revision downward from initial projections of more than $200 million.

Peloton's pessimism stems from several "macro factors" including continued disruptions in the supply chain that have hampered several sectors throughout the global economy, according to the report.

Peloton's apparel division makes up a small portion of the overall business. Its total revenue in fiscal year that ended on June 30, 2021 reached $4 billion. The apparel unit generated $107 million in revenue that same fiscal year.

AD



Continue watching
This Day in History
after the ad

TRENDING NOW
OMAYPOST.COM

STALLING
Here's the real reason ABC has suspended 'Jimmy Kimmel Live!'

SPLAT
Jimmy Fallon abruptly cancels an appearance — hours after Kimmel's show is yanked

BLAST
Suspect ID'd in fatal shooting of 3 Pennsylvania cops as they served stalking warrant

Peloton, the maker of connected bikes and treadmills, unveiled its line of athletic apparel last year in a bid to diversify its revenue streams as greater numbers of Americans got vaccinated and rejoined gyms and workout studios.

But the rollout got off to a rocky start after Lululemon filed a lawsuit in Manhattan federal court alleging that five of its women's bra and legging products — Strappy Bra, High Neck Bra, Cadent Peak Bra, Cadent Laser Dot Bra, and Cadent Laser Dot Leggings — infringed six Lululemon design patents.

Peloton has denied the allegations.

Shares of Peloton were up by more than 5% in trading on Wall Street on Monday.



NEW YORK POST

☰ SECTIONS    🔍  ✉️                      LOG IN

because the company is stuck with a glut of exercise machines and too little demand.

The Troy Township, Ohio, factory will now open in 2024 rather than 2023, a current employee said. The delay is expected to save between $100 million and $200 million during the fiscal year 2023 to 2023, the source said.

The company has also sought to combat negative portrayals of its products on hit shows like Showtime's "Billions" as well as the new "Sex and the City" spinoff.

In the season premiere of "Billions," one of the main characters, Mike "Wags" Wagner, suffers a heart attack while riding a Peloton bike.

While the "Billions" character survives, the plotline was eerily similar to a viral moment on the season premiere of HBO's "Sex and the City" reboot "And Just Like That..." when Carrie Bradshaw's husband Mr. Big dies following a Peloton ride.

Earlier this month, it was reported that Peloton was considering cutting jobs and closing stores after hiring consulting firm McKinsey & Co.

The potential slashings come amid a spate of bad news for the luxury fitness company, whose exercise treadmills sell for $2,500 and whose chief executive, John Foley, responded poorly to a crisis last year when several young children were injured by the machines and one child was killed.

Now the Big Apple-based company has retained the consulting firm McKinsey & Co. and is exploring closing 15 of its 123 showrooms in the US, Canada, the United Kingdom and Germany as well as possibly cutting jobs at its apparel division, according to a CNBC report, which cited anonymous sources and an internal recording of a management call.

In fiscal year 2020, the apparel unit generated $41 million in revenue while the company as a whole reported $1.8 billion in total revenue. The company is expected to announce its earnings on Feb. 8.

The company did not immediately respond for comment.

 

Demand for Peloton products has fallen as the nation has emerged from pandemic-induced lockdowns.
Getty Images

Foley, who founded Peloton in 2012, has come under fire for a series of tone-deaf moves after the machinery safety crisis.

The executive at first denied that the machines were unsafe if they were used properly and he fought back against a recall by the government, only to apologize for his initial response.

In December, Foley and his wife held an exclusive holiday party at The Plaza Hotel — only for some of the company's staff — shortly after Peloton announced a hiring freeze and a moratorium on parties, The Post reported.

Foley denied that the event was an official Peloton party, he told The Post.

"This holiday season, my wife and I hosted a personal party for our vaccinated family and friends to celebrate all NYC has been through over the past two years," Foley wrote in a companywide email shared with The Post. "Although some Peloton teammates were invited, the event was not officially affiliated with Peloton in any capacity."

The missteps and Peloton's financial performance — its market cap has fallen to $8.9 billion, as shares tumbled 82% in the last year — have cast a pall over the company

NEW YORK POST

Before you go ...

---

Cardiologist: How Older Men Can Flatten Their Stomach Quickly
Fingum Health News

Every American Should Be Using This Retirement Loophole in 2025
If You're Not Using This IRS Loophole, You Should Be
Gubldox

Tired Of Turkey Neck? Plastic Surgeon Says To Do This Daily
Don't let "Turkey Neck" make you look 10-15 years older than you actually are
Beverly Hills MD

Residents In Illinois Eligible For Hearing Aids If They're Born In These Years
RealHear

Buy the Dip: Top 5 Dividend Stocks with Growth Potential
Seeking Alpha

If You Do Not Own Physical Gold Or Silver, You Need To Read This
Anyone needing to diversify their savings needs to do this
Gubldox

Chuck Norris Begs Americans: Avoid These 3 Foods Like The Plague
Action star Chuck Norris reveals his key to getting more energy later on in life
americanconcierge.com

I'm a Coupon Nerd: Here's How I Fly Business Class Without Paying Full Price.
Most people assume flying business class is totally unaffordable unless you're a frequent flyer...
SmartSearch

AROUND THE WEB

Fallon Makes A Drastic Move Shortly After Kimmel's Suspension
NYPost.com

What Were Jimmy Kimmel's Ratings When He Got Suspended?
NYPost.com

A Theory Is Gaining Momentum About Charlie Kirk's Assault
NYPost.com

Karoline Leavitt's Outfits Are Getting So Inappropriate
Wonwall.com

The Leavitt/Trump Breakup Looks To Be Coming Soon
TheList.com

The Tragedy Of Chelsea Clinton Is Just Sad
TheList.com

Fox News Star Ainsley Earhardt's Outfit Was Wildly Inappropriate
TheList.com

These Historic Cities Are At A Real Risk Of Sinking Into The Sea
Screenorg.com

This Terrifying Beast Is The #1 Most Dangerous Freshwater Fish
Giveltscapers.com

Powered by ZergNet

MORE STORIES

PAGE SIX                     DECIDER                     NYPOST

Pregnant Cardi B's boyfriend, Stefon Diggs, facing paternity suit over 9-month-old baby

The 10 Movies on Netflix That Are Most Popular Right Now

Here's the real reason ABC has suspended 'Jimmy Kimmel Live!'

NEW YORK POST    f  ▶  📷  🧵  ⚡  🔴

SECTIONS & FEATURES        METRO              PAST SPORTS+        EMAIL NEWSLETTERS    HELP/SUPPORT         APPS
US NEWS                    SPORTS             ARTICLES           SUBSCRIBE           ABOUT NEW YORK POST  IPHONE APP
WORLD NEWS                 BUSINESS           MANDELL            MY POST OFFICIAL STORE  CUSTOMER SERVICE  ANDROID APP
SPORTS BETTING             ENTERTAINMENT                                            APPS HELP            ANDROID TABLET APP
OPINION                    FASHION & BEAUTY                     HOME DELIVERY       CONTACT US
FASHION & BEAUTY           LIFESTYLE          REAL ESTATE       SUBSCRIBE                                CAREERS
LIFESTYLE                  MEDIA              TECH               MANAGE SUBSCRIPTION  TIPS                MEDIA KIT
MEDIA                      SCIENCE            HEALTH                                 NEWSROOM            CONTACT
TECH                       THEATER            WEATHER            DELIVERY HELP       LETTERS TO THE EDITOR
VIDEO                      PHOTOS                                                   LICENSING & REPRINTS
ALL SECTIONS               COVERS                                                   CAREERS
HOROSCOPES                 NEWSLETTERS                                              REPRINTS
PODCASTS                   CROSSWORDS & GAMES                                       VULNERABILITY DISCLOSURE PROGRAM
COLUMNISTS                 CLASSIFIEDS                                              CONTACT

© 2025 NYP Holdings, Inc. All Rights Reserved | Terms of Use | Privacy Notice | Your California Privacy Rights | Sitemap
Your California Privacy Rights