**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBECO CAPITAL GROWTH FUNDS SICAV – ROBECO GLOBAL CONSUMER TRENDS and CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, and JILL WOODWORTH,<br><br>*Defendants*. | 21-CV-09582 (ALC) (OTW)<br><br>The Honorable Andrew L. Carter<br>The Honorable Ona T. Wang<br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF STEPHEN L. ASCHER IN SUPPORT OF**
**DEFENDANTS' REPLY IN SUPPORT OF RENEWED MOTION TO DISMISS**
**SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**
**FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Stephen L. Ascher, declare as follows:

1. I am a partner with the firm Jenner & Block LLP, counsel for Defendants Peloton Interactive, Inc. ("Peloton"), John Foley, William Lynch, and Jill Woodworth (collectively with Peloton, "Defendants") in this litigation.

2. I am licensed to practice law in the State of New York and entered an appearance in the above-captioned action. I have personal knowledge of the facts in this Declaration and, if called upon, could and would testify competently thereto.

3. I make this declaration in support of Defendants' Reply In Support of Renewed Motion to Dismiss Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws.

1

4.      Attached hereto as **Exhibit 21** is a true and correct copy of the report issued by Needham & Company, LLC, titled, "Murphy's Law, Lowering PT to $50 and Reiterate Buy Rating" dated January 21, 2022.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on:  December 10, 2025
               New York, New York          _/s/ Stephen L. Ascher_____
                                            Stephen L. Ascher