# EXHIBIT 21



January 21, 2022
**PRICE TARGET & ESTIMATE CHANGE**

Internet Services

# Peloton Interactive, Inc. (PTON)

| RATING | PRICE TARGET | PRICE | 52-WEEK RANGE |
|---|---|---|---|
| **BUY** | **$50.00** *from $105.00* | **$24.22** | **$23.25 - $166.57** |

**BERNIE MCTERNAN, CFA**
(781) 975-6571
bmcternan@needhamco.com

**CHRIS PIERCE**
(917) 701-8427
cpierce@needhamco.com

# Murphy's Law, Lowering PT to $50 and Reiterate Buy Rating

## INVESTMENT HIGHLIGHTS

**Following a report by CNBC on production cuts and lower than expected reported subs we are substantially lowering our estimates, near and long-term. We keep our Buy rating on shares as we think the valuation risk reward is attractive on seemingly washed out estimates, a high-value subscriber base and potential for cost structure to be right sized. We expect to receive push back on current levels of profits, demand pull forward and management credibility.**

## KEY POINTS

**Substantially lowering estimates.** <u>CNBC reported</u> PTON is making production cuts as a result of lighter demand, which likely drove PTON to issue preliminary results, with revenue at the midpoint of guidance but subscribers below the low end of the range. Based on our pessimistic view of this report, we are cutting our revenue estimates for '22E by -5%, now below the low end of company guidance, '23E by -23% and long-term by -30%+ assuming PTON is past peak net adds.

**Why keep a Buy rating?**

- **We like the risk reward given compressed valuation despite lowered estimates.** Trading at 1.7x NTM estimated revenue is getting close to what we see as a floor value of 1.0x NTM sales, where FitBit was acquired and roughly where GPRO has traded. Put another way, in a year, we think it's more likely the stock is trading at $40 than $15.

- **Subscriber base.** PTON has >$1B of subscription revenue TTM, which we expect to grow 25-30% p.a. in FY'23E and FY'24E. This valuable sub base should support valuation or garner interest from other companies.

- **PTON is seemingly working on right-sizing its cost structure.** With a less certain growth outlook, we think reviewing its cost structure is prudent, which the company indicated is a focus when releasing prelim. results. Lowering fixed costs and allowing the ~70% subscription contribution margin to shine should be a lever for the financials to improve. We note, PTON reported better than guided adj. EBITDA losses for December results.

**Where do we expect to received push back?**

- Unprofitable company with low growth outlook. We see a path to profitability, despite the lower growth outlook, and we do not incorporate potential McKinsey related cost savings.

**RELEVANT DISCLOSURES BEGIN ON PAGE 9 OF THIS REPORT.**

## KEY DATA

| | |
|---|---|
| Market Cap (MM) | **$7,997.4** |
| Price (01/20/2022) | $24.22 |
| 52-Week Range | $23.25 - $166.57 |
| Shares Outstanding | 330.20 |
| Avg. Daily Volume | 21,461,476.0 |
| Total Debt/Cap. | 49.79% |

## ESTIMATES

| FY (Jun) | 2021A | 2022E | 2023E |
|---|---|---|---|
| **EBITDA** | | | |
| Q1 | 118.9A | (233.6)A | 15.0E |
| *Previous* | — | — | *48.5E* |
| Q2 | 116.9A | (264.9)E | 37.7E |
| *Previous* | — | *(271.7)E* | *71.0E* |
| Q3 | 63.2A | 65.3E | 25.1E |
| *Previous* | — | *100.1E* | *81.7E* |
| Q4 | (45.1)A | 82.7E | 60.4E |
| *Previous* | — | *99.7E* | *106.2E* |
| Year | 253.9A | (350.5)E | 138.2E |
| *Previous* | — | *(305.5)E* | *307.5E* |
| | | | |
| **Rev. (MM)($)** | | | |
| Year | 4,021.9A | 4,313.8E | 4,932.9E |
| *Previous* | — | *4,536.0E* | *6,434.9E* |
| Growth Rev | | 7.3% | 14.4% |



■ Demand pull-forward. We think PTON has a top of funnel issue driven by the pull-forward of demand, importantly we do not view it as a market share or churn issue. We now forecast subscriber adds have peaked.

■ Management credibility. Whether by bad luck or bad decisions, an array of questionable events have taken place in a relatively short amount of time; this has made us and others incrementally negative on the stock. These include: handling of the Tread+ recall, equity raise with depressed stock price, price cut on Bike then shipping cost increasing, missing recently provided guidance. Conversely, this issue could be peaking now (knock on wood).

**Needham**

January 21, 2022

## *At a Glance*

### OUR INVESTMENT THESIS

We believe connected fitness has staying power beyond the pandemic given the convenience and affordability it brings to the consumer and PTON's lead should only grow over time given their focus on a high quality consumer experience driving its flywheel. PTON's early embrace of the category and leadership position has given it the scale to produce the most content in the fitness industry, giving consumers choice of and within modalities with exceptional instructors creating a high quality experience, raising engagement and reducing churn. This leads to positive word of mouth advertising driving more subscribers to the platform at lower customer acquisition costs and allows the company to invest more in content and the customer experience.

PTON has an attractive business model. Subscription generates only ~20% of revenue currently, but we expect this to grow to 40% over time. Even more importantly, we look for the percent of gross profit from subscription to grow from ~35% to 60% over time. We expect this dynamic along with low churn and negative net customer acquisition costs to translate to significant adj. EBITDA generation over time.

### BULL CASE ASSUMPTIONS

The PTON flywheel continues to work and the connected fitness trends in the US move abroad more quickly. In addition, PTON is able to significantly penetrate the commercial channel which ultimately becomes another funnel for residential customers.

### OUR CASE ASSUMPTIONS

PTON is able to continue to add customers post-pandemic driven near-term by the launch of the value tread while keeping its churn low. The revenue and profit mix continues to shift towards subscription driving significant adj. EBITDA generation overtime.

### BEAR CASE ASSUMPTIONS

Connected fitness adoption rate slows dramatically following the pandemic as people return to gyms and studios suggesting a lower market opportunity for the company.

### COMPANY DESCRIPTION

Peloton Interactive, Inc. operates at-home fitness platform for live and on-demand indoor cycling classes. The company pioneered connected, technology-enabled fitness, and the streaming of immersive, instructor-led boutique classes for its Members. It operates through three reportable segments: Connected Fitness Products, Subscription and Other. The Connected Fitness Product segment consists of sales of bike, tread & related accessories. The Subscription segment consists of monthly subscriptions and live studio classes. The Other segment consists of boutique and apparel sales. Peloton Interactive was founded by John Foley, Graham Stanton, Thomas Cortese, Yony Feng and Hisao Kushi in 2012 and is headquartered in New York, NY.

### PRICE PERFORMANCE



### KEY DATA

| | |
|---|---|
| **Market Cap (MM)** | **$7,997.4** |
| Price (01/20/2022) | $24.22 |
| 52-Week Range | $23.25 - $166.57 |
| Shares Outstanding | 330.20 |
| Avg. Daily Volume | 21,461,476.0 |
| Total Debt/Cap. | 49.79% |



January 21, 2022

Summary of production cuts:

- Bike - 2 month pause

- Bike+ - 7 month pause

- Tread - 1.5 month pause

- Tread+ - none in 2022

In this lower forecast we assume the timeframe for production cuts it matched by lower deliveries, one for one.

**What we would like to see management address during earnings:**

- Has your outlook changed for the growth profile of the company over the next three years? Have your vectors for expected growth changed?

- Recently hired McKinsey, what is a framework to think about the magnitude of cost-cutting?

## Updated metrics

|  | Prelim* | Consensus |
|---|---|---|
| Revenue | $1.14B | $1.14B |
| adj EBITDA | ($265M) | ($333M) |
| Connected Fitness Subs | 2.77M | 2.81M |
| Churn | 0.79% | 0.84% |

*midpoint when applicable

*Source: PTON, Factset*

Peloton Interactive, Inc.  / 4



January 21, 2022

| PTON - June Fiscal Year End Income Statement | Sep-20 1Q21 | Dec-20 2Q21 | Mar-21 3Q21 | Jun-21 4Q21 | Jun-21 FY'21 | Sep-21 1Q22 | Dec-21 2Q22 | Mar-22 3Q22 | Jun-22 4Q22 | Jun-22 FY'22 | Sep-22 1Q23 | Dec-22 2Q23 | Mar-23 3Q23 | Jun-23 4Q23 | Jun-23 FY'23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue: | | | | | | | | | | | | | | | |
| Fitness Product | 601 | 870 | 1,023 | 655 | 3,149.7 | 501 | 809 | 939 | 664 | 2,913.7 | 577 | 915 | 942 | 651 | 3,084.6 |
| YoY Growth | 281.6% | 128.3% | 143.4% | 37.8% | 1.2 | -16.7% | -7.0% | -8.2% | 1.4% | (0.1) | 15.1% | 13.1% | 0.3% | -1.9% | 0.1 |
| Subscription | 157 | 195 | 239 | 282 | 872.2 | 304 | 331 | 368 | 397 | 1,400.1 | 417 | 444 | 479 | 508 | 1,848.3 |
| YoY Growth | 132.9% | 152.5% | 143.8% | 132.3% | 139.8% | 94.3% | 70.0% | 53.5% | 41.1% | 60.5% | 37.3% | 34.0% | 30.3% | 27.8% | 32.0% |
| Total Revenue | 758 | 1,065 | 1,262 | 937 | 4,021.9 | 805 | 1,140 | 1,307 | 1,062 | 4,313.8 | 994 | 1,358 | 1,421 | 1,160 | 4,932.9 |
| YoY Growth | 232.4% | 128.4% | 140.6% | 54.3% | 120.3% | 6.2% | 7.1% | 3.5% | 13.3% | 7.3% | 23.5% | 19.1% | 8.7% | 9.2% | 14.4% |
| | | | | | | | | | | | | | | | |
| Gross Profit | | | | | | | | | | | | | | | |
| Fitness Product | 237 | 307 | 290 | 76 | 910 | 60 | 121 | 232 | 197 | 610 | 168 | 271 | 280 | 197 | 915 |
| YoY Growth | 249.9% | 98.9% | 52.5% | -65.3% | 44.8% | -74.7% | -60.5% | -20.2% | 160.1% | -33.0% | 179.7% | 123.2% | 20.8% | 0.1% | 50.1% |
| % Margin | 39.4% | 35.3% | 28.4% | 11.5% | 28.9% | 12.0% | 15.0% | 24.7% | 29.6% | 20.9% | 29.1% | 29.6% | 29.7% | 30.2% | 29.7% |
| Subscription | 92 | 118 | 155 | 178 | 542 | 203 | 216 | 242 | 257 | 919 | 283 | 295 | 320 | 335 | 1,233 |
| YoY Growth | 142.7% | 162.9% | 172.2% | 158.9% | 160% | 121.5% | 84.2% | 56.8% | 44.4% | 70% | 39.5% | 36.2% | 32.2% | 30.2% | 34% |
| % Margin | 58.5% | 60.3% | 64.6% | 63.2% | 62% | 66.7% | 65.4% | 65.9% | 64.7% | 66% | 67.8% | 66.4% | 66.9% | 65.9% | 67% |
| Total Gross Profit | 329 | 424.80 | 445 | 254 | 1,452 | 263 | 338 | 474 | 454 | 1,528 | 450 | 565 | 600 | 532 | 2,148 |
| YoY Growth | 212.7% | 115.5% | 81.0% | -12.2% | 73.5% | -20.1% | -20.5% | 6.6% | 78.9% | 5.2% | 71.5% | 67.4% | 26.6% | 17.2% | 40.5% |
| % Margin | 43.4% | 39.9% | 35.2% | 27.1% | 36.1% | 32.6% | 29.6% | 36.3% | 42.7% | 35.4% | 45.3% | 41.6% | 42.2% | 45.8% | 43.5% |
| | | | | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | | | | |
| Sales & Marketing | (115) | (177) | (208) | (229) | (730) | (284) | (340) | (154) | (134) | (913) | (170) | (254) | (295) | (204) | (924) |
| % of Revenue | -15.1% | -16.7% | -16.5% | -24.5% | -18% | -35.3% | -29.8% | -11.8% | -12.7% | -21% | -17.1% | -18.7% | -20.8% | -17.6% | -19% |
| G&A | (109) | (141) | (181) | (232) | (662) | (240) | (251) | (251) | (262) | (1,004) | (253) | (270) | (289) | (306) | (1,119) |
| % of Revenue | -14.3% | -13.3% | -14.3% | -24.8% | -16% | -29.8% | -22.0% | -19.2% | -24.7% | -23% | -25.5% | -19.9% | -20.4% | -26.4% | -23% |
| R&D | (37) | (48) | (70) | (94) | (248) | (98) | (96) | (99) | (108) | (401) | (107) | (105) | (109) | (119) | (440) |
| % of Revenue | -4.8% | -4.5% | -5.5% | -10.0% | -6% | -12.1% | -8.4% | -7.6% | -10.2% | -9% | -10.8% | -7.7% | -7.6% | -10.2% | -9% |
| Total Operating Expenses | (260) | (366) | (459) | (555) | (1,640) | (622) | (687) | (504) | (505) | (2,318) | (531) | (629) | (693) | (629) | (2,482) |
| % of Revenue | -34.3% | -34.4% | -36.3% | -59.3% | -41% | -77.3% | -60.2% | -38.6% | -47.6% | -54% | -53.4% | -46.3% | -48.8% | -54.3% | -50% |
| | | | | | | | | | | | | | | | |
| Income from Operations | 68.9 | 58.8 | (13.7) | (301.60) | (188) | (360) | (349) | (30) | (52) | (790) | (80) | (63) | (93) | (98) | (334) |
| YoY Growth | -235.4% | -195.6% | -76.5% | -435.1% | 132.2% | -622.1% | -693.3% | 119.8% | -82.9% | 321.3% | -77.7% | -81.8% | 208.2% | 89.1% | -57.7% |
| % Margin | 9.1% | 5.5% | -1.1% | -32.2% | -4.7% | -44.7% | -30.6% | -2.3% | -4.9% | -18.3% | -8.1% | -4.7% | -6.5% | -8.4% | -6.8% |
| | | | | | | | | | | | | | | | |
| Interest Income, Net | 2.4 | 1.9 | (3.3) | (8.0) | (7) | (8.0) | (0.4) | (0.2) | (0.2) | (9) | (0.2) | (0.1) | (0.1) | (0.2) | (1) |
| Other Income (Expense) | (0.7) | (0.1) | (0.7) | (1.8) | (3) | (5.9) | (5.9) | (5.9) | (5.9) | (24) | (5.9) | (5.9) | (5.9) | (5.9) | (24) |
| Total Other Income | 1.7 | 1.8 | (4.0) | (9.8) | (10.3) | (13.9) | (6.3) | (6.1) | (6.1) | (32.4) | (6.1) | (6.0) | (6.0) | (6.1) | (24.2) |
| Pretax Income | 70.6 | 60.6 | (17.7) | (311.4) | (198) | (373.6) | (355.2) | (36.2) | (57.7) | (823) | (86.4) | (69.4) | (98.8) | (103.6) | (358) |
| Provision for Income Taxes | (1.3) | 3.0 | 9.1 | (1.6) | 9.2 | (2.4) | 88.8 | 9.1 | 14.4 | 109.9 | 21.6 | 17.3 | 24.7 | 25.9 | 89.6 |
| Tax Rate | | | | | -5% | | -25.0% | -25.0% | -25.0% | -25% | -25.0% | -25.0% | -25.0% | -25.0% | -25% |
| Net Income | 69.3 | 63.6 | (8.6) | (313.0) | (189) | (376.0) | (266.4) | (27.2) | (43.3) | (713) | (64.8) | (52.0) | (74.1) | (77.7) | (269) |
| | | | | | | | | | | | | | | | |
| Net Income Attrib to Class A & | 69.3 | 63.6 | (8.6) | (313.0) | (189) | (376.0) | (266.4) | (27.2) | (43.3) | (713) | (64.8) | (52.0) | (74.1) | (77.7) | (269) |
| | | | | | | | | | | | | | | | |
| Diluted EPS | $0.20 | $0.18 | ($0.03) | ($1.05) | (1) | ($1.25) | ($0.88) | ($0.09) | ($0.14) | (2) | ($0.21) | ($0.17) | ($0.23) | ($0.24) | (1) |
| | | | | | | | | | | | | | | | |
| Weighted Average Basic Shar | 288.7 | 292.5 | 295.6 | 298.8 | 293.9 | 301.2 | 304.2 | 304.2 | 304.2 | 303.4 | 307.2 | 311.8 | 316.5 | 321.2 | 314.2 |
| Weighted Average Diluted Sh | 342.1 | 347.9 | 295.6 | 298.8 | 321.1 | 301.2 | 304.2 | 304.2 | 304.2 | 303.4 | 307.2 | 311.8 | 316.5 | 321.2 | 314.2 |
| | | | | | | | | | | | | | | | |
| Adj. EBITDA: | | | | | | | | | | | | | | | |
| Net Income | 69 | 64 | (9) | (313) | (189) | (376) | (266) | (27) | (43) | (713) | (65) | (52) | (74) | (78) | (269) |
| Other Income | (2) | (2) | 4 | 10 | 10 | 14 | 6 | 6 | 6 | 32 | 6 | 6 | 6 | 6 | 24 |
| Provision for Taxes | 1 | (3) | (9) | 2 | (9) | 2 | (89) | (9) | (14) | (110) | (22) | (17) | (25) | (26) | (90) |
| D&A | 11 | 13 | 15 | 25 | 64 | 28 | 29 | 30 | 31 | 118 | 28 | 29 | 30 | 32 | 119 |
| Stock Comp | 30 | 38 | 42 | 85 | 194 | 53 | 55 | 65 | 103 | 276 | 67 | 72 | 88 | 126 | 353 |
| Product recalls | 0 | 0 | 0 | 100 | 100 | 13 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 0 |
| Transaction Costs | 0 | 0 | 6 | 19 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Litigation Expenses | 3 | 4 | 11 | 17 | 36 | 27 | 0 | 0 | 0 | 27 | 0 | 0 | 0 | 0 | 0 |
| Ground Lease expense & othe | 6 | 3 | 3 | 10 | 22 | 6 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 |
| Adj. EBITDA | 119 | 117 | 63 | (45) | 254 | (234) | (265) | 65 | 83 | (350) | 15 | 38 | 25 | 60 | 138 |
| Margin | 15.7% | 11.0% | 5.0% | -4.8% | 6.3% | -29.0% | -23.2% | 5.0% | 7.8% | -8.1% | 1.5% | 2.8% | 1.8% | 5.2% | 2.8% |
| | | | | | | | | | | | | | | | |
| Employee Stock Options | 53.4 | 55.4 | 55.4 | 55.4 | 54.9 | 55.4 | 55.4 | 56.0 | 56.0 | 55.7 | 58.8 | 61.7 | 64.8 | 59.9 | 61.3 |
| Warrants | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 |
| Redeemable Convertible Pref | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 |
| Total | 53.4 | 55.4 | 55.4 | 55.4 | 54.9 | 55.4 | 55.4 | 56.0 | 56.0 | 55.7 | 58.8 | 61.7 | 64.8 | 59.9 | 61.3 |



January 21, 2022

| | Sep-20 1Q21 | Dec-20 2Q21 | Mar-21 3Q21 | Jun-21 4Q21 | Sep-21 1Q22 |
|---|---|---|---|---|---|
| **Assets:** | | | | | |
| Current Assets: | | | | | |
| Cash and Cash Equivalents | 1,430.5 | 1,248.4 | 2,055.9 | 1,134.8 | 612.6 |
| Marketable Securities | 592.3 | 862.1 | 629.4 | 472.0 | 311.6 |
| Accounts Recievable, Net | 49.9 | 54.1 | 30.3 | 71.4 | 81.1 |
| Inventories, Net | 364.0 | 522.8 | 614.2 | 937.1 | 1,269.2 |
| Prepaid Expenses | 146.3 | 172.6 | 184.0 | 202.8 | 280.7 |
| Total Current Assets | 2,583.0 | 2,860.0 | 3,513.8 | 2,818.1 | 2,555.2 |
| | | | | | |
| PPE, Net | 295.5 | 405.1 | 473.0 | 591.9 | 682.2 |
| Intangible Assets | 14.7 | 38.9 | 78.5 | 247.9 | 238.1 |
| Goodwill | 39.7 | 40.8 | 65.3 | 210.1 | 212.7 |
| Restricted Cash | 1.5 | 1.5 | 1.5 | 0.9 | 0.9 |
| Right-of-use Assets | 516.7 | 537.6 | 550.7 | 580.1 | 684.3 |
| Other Assets | 26.4 | 26.5 | 29.7 | 36.7 | 41.3 |
| Total Assets | 3,477.5 | 3,910.4 | 4,712.5 | 4,485.6 | 4,414.7 |
| | | | | | |
| **Liabilities** | | | | | |
| Current Liabilities: | | | | | |
| Accounts payable & accrued expenses | 521.7 | 721.4 | 721.4 | 989.1 | 1,012.8 |
| Customer Deposits and Deferred Revenue | 521.2 | 611.0 | 363.7 | 164.8 | 205.2 |
| Other Current Liabilities | 50.8 | 10.2 | 18.6 | 89.1 | 85.7 |
| Total Current Liabilities | 1,093.7 | 1,342.6 | 1,103.7 | 1,243.0 | 1,303.7 |
| | | | | | |
| Covertible Sr Notes | | | 821.5 | 829.8 | 838.2 |
| Deferred Rent | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Built-to-suit liabilities | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Long term lease liability | 553.7 | 577.5 | 589.3 | 620.4 | 726.3 |
| Other non-current liabilities | 29.1 | 20.2 | 25.6 | 38.3 | 39.5 |
| Total Liabilities | 1,676.5 | 1,940.3 | 2,540.1 | 2,731.5 | 2,907.7 |
| | | | | | |
| Redeemable Convertible Preferred Stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Shareholder's Equity | 1,801.0 | 1,970.1 | 2,172.4 | 1,754.1 | 1,507.0 |
| Total Liabilities and SHE | 3,477.5 | 3,910.4 | 4,712.5 | 4,485.6 | 4,414.7 |



January 21, 2022

| | Sep-20<br>1Q21 | Dec-20<br>2Q21 | Mar-21<br>3Q21 | Jun-21<br>4Q21 | Sep-21<br>1Q22 |
|---|---|---|---|---|---|
| **Cash Flow from Operating Activities:** | | | | | |
| Net Income (Loss) | 69.3 | 63.6 | (8.6) | (313.0) | (376.0) |
| Adjustments: | | | | | |
| Depreciation and Amortization | 11.4 | 12.8 | 14.5 | 25.0 | 28.1 |
| Stock-based Compensation | 29.6 | 37.5 | 41.7 | 85.1 | 52.9 |
| Impairment of Long-Lived Assets | 0.0 | 0.0 | 3.3 | 0.0 | 0.6 |
| Amortization of Debt Issuance Costs | 0.0 | 0.0 | 0.0 | 13.0 | 8.5 |
| Amortization of Premium from Marketable Securities | 1.7 | 1.8 | 3.9 | 2.2 | 2.5 |
| Non-Cash Operating Lease Expense | 13.3 | 14.9 | 16.2 | 17.1 | 19.2 |
| Deferred Income Taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other non-cash items | 1.4 | 0.9 | 2.3 | 3.3 | 5.2 |
| Changes in operating assets and liabilities | | | | | |
| Accounts Recievable | (15.0) | (3.0) | 24.0 | 9.1 | (9.8) |
| Inventories | (118.0) | (155.0) | (90.7) | (223.5) | (332.4) |
| Prepaid expenses and other current assets | (18.2) | (17.0) | 0.5 | 2.4 | (40.4) |
| Other Assets | 5.9 | (5.2) | (14.4) | (5.4) | (8.4) |
| Accounts Payable and Accrued Expenses | 156.4 | 175.5 | 112.3 | (4.4) | 56.0 |
| Customer Deposits and Deferred Revenue | 157.4 | 88.3 | (247.7) | (210.7) | 40.6 |
| Operating Lease Liabilities | 11.3 | (7.2) | (13.9) | 1.8 | (9.0) |
| Other Liabilities | 5.6 | (9.5) | 5.4 | 2.3 | 1.3 |
| Net Cash Used in Operating Activities | 312.1 | 198.4 | (151.2) | (599.0) | (561.1) |
| | | | | | |
| **Cash Flow from Investing Activities:** | | | | | |
| Purchase of Marketable Securities | 0.0 | (449.1) | 0.0 | 0.0 | 0.0 |
| Maturities of Marketable Securities | 124.5 | 176.1 | 217.2 | 148.1 | 120.3 |
| Sales of Marketable Securities | 0.0 | 0.0 | 6.6 | 0.1 | 0.0 |
| Cash Paid for Cost Method Investment | 0.0 | (0.1) | 0.0 | 0.0 | 0.0 |
| Business combination, net of cash acq | 0.0 | 0.0 | (57.7) | (420.5) | 0.0 |
| Acquisition of Businesses | 0.0 | (78.1) | 0.0 | 0.0 | 0.0 |
| Capitalization of Software Costs | (12.9) | 12.2 | (4.3) | (6.2) | (3.8) |
| Purchases of PPE | (49.2) | (70.2) | (48.5) | (73.1) | (87.2) |
| Net cash from Investing Activities | 62.4 | (409.2) | 113.3 | (351.6) | 29.3 |
| | | | | | |
| **Cash Flow from Financing Activities:** | | | | | |
| Proceeded from issuance of Common Stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Repurchase of common and preferred stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from issuance of Preferred Stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from issuance of convertible notes | 0.0 | 0.0 | 977.2 | 0.0 | 0.0 |
| Purchase of capped calls | 0.0 | 0.0 | (81.3) | 0.0 | 0.0 |
| Proceeds from borrowings under credit facility | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Debt Repayments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Debt Issuance Costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Taxes witheld and paid on employee stock awards | 0.0 | (16.5) | (37.7) | 0.3 | 0.0 |
| Principal repayments on finance leases | 0.0 | (0.5) | 0.0 | 0.0 | (0.5) |
| Proceeds from employee stock purchase witholdings | 3.3 | 3.9 | 5.0 | 5.8 | 6.2 |
| Proceeds from exercise of stock options | 15.4 | 37.9 | (16.3) | 20.6 | 23.8 |
| Net cash from Financing Activities | 18.8 | 24.8 | 846.9 | 26.3 | 29.5 |
| | | | | | |
| Effect of FX Changes | 1.7 | 3.8 | (1.4) | 2.6 | (20.1) |
| Net Change in Cash | 395.0 | (182.2) | 807.6 | (921.7) | (522.4) |
| Cash, Equivalents and Restricted Cash BOP | 1,037.0 | 1,432.0 | 1,249.8 | 2,057.4 | 1,135.7 |
| Cash, Equivalents and Restricted Cash EOP | 1,432.0 | 1,249.8 | 2,057.4 | 1,135.7 | 613.3 |

**Needham**

January 21, 2022

## VALUATION (PRICE TARGET: $50.00)

- We derive our 12-month $50 target using a combination of a (1) SOTP methodology based on 10x projected NTM subscription revenue, a ~30% discount to our software peer group despite faster growth, and 1x estimated Connected Fitness Product and Other revenue. (2) 2.5x-3x estimated NTM revenue, in line with current trading levels based on forward growth and margins.

## POTENTIAL UPSIDE DRIVERS

Potential upside drivers include the launch of the value tread, commercial launch and further geographic expansion.

## RISKS TO TARGET

Risks to our price target include adoption rate of connected fitness post-COVID, competition, the supply chain and PTON's Super Voting Shares, which minimize public shareholders' power.



**Needham**

January 21, 2022

## *ANALYST CERTIFICATION*

I, Bernie McTernan hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## *RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC*

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| **Strong Buy** | 1 | 0 |
| **Buy** | 80 | 32 |
| **Hold** | 18 | 3 |
| **Underperform** | < 1 | 0 |
| **Rating Suspended** | < 1 | 0 |
| **Restricted** | 0 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 81% of companies under coverage would have a "Buy" rating and 32% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

## *DISCLOSURES*

The Firm has managed or co-managed a public offering of securities for the subject company Peloton Interactive, Inc. in the past 12 months.

The Firm and/or its affiliate have received compensation for investment banking services from the subject company Peloton Interactive, Inc. in the past 12 months.

The subject company Peloton Interactive, Inc. currently is or during the 12-month period preceding the date of distribution of this research was a client of the Firm and received investment banking services.

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: Peloton Interactive, Inc.

The Firm, at the time of publication, makes a market in the subject company Peloton Interactive, Inc. .

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any



January 21, 2022

opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request. © Copyright 2019, Needham & Company, LLC, Member FINRA, SIPC.