USPC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/3/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBECO CAPITAL GROWTH FUNDS SICAV – ROBECO GLOBAL CONSUMER TRENDS and CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated., <br><br> Plaintiffs, <br><br> v. <br><br> PELOTON INTERACTIVE, INC., JOHN FOLEY, WILLIAM LYNCH, and JILL WOODWORTH, <br><br> Defendants. | Case No. 21-CV-09582 (ALC) (OTW) <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

IT IS HEREBY ORDERED that the Motion of Andrew B. Clubok, Susan E. Engel, Michele D. Johnson, Nicholas J. Siciliano, Jordan Mundell, and Whitney B. Weber to withdraw as counsel for Defendants Peloton Interactive, Inc., John Foley, William Lynch, and Jill Woodworth is granted.

The Clerk of Court is respectfully requested to remove Mr. Clubok, Ms. Engel, Ms. Johnson, Mr. Siciliano, Mr. Mundell, and Ms. Weber from the CM/ECF service list for this action.

Dated: April 3, 2026
     New York, NY

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE